### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**RICKY R. EWING**                                                              **PETITIONER**

**v.**                                                              **CIVIL NO. 1:22-cv-188-HSO-BWR**

**ALICIA BOX, Record Dept. MDOC;**
**BURL CAIN, MDOC Commissioner;**
**and MDOC RECORD DEPT.**                                          **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated

herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action

is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 15th day of December, 2022.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE